**Electronically Filed
Supreme Court
SCWC-28904
29-JUN-2011
03:11 PM**

NO. SCWC-28904

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

DANIEL TAYLOR, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28904; CR. NO. 07-1-0253)

AMENDED ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Defendant-Appellant Daniel Taylor's application for writ of certiorari filed on May 18, 2011, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai‘i, June 29, 2011.

Todd Eddins (Galiher, DeRobertis, Ono), on the application for petitioner/defendant-appellant.

Kimberly Tsumoto Guidry and Girard D. Lau, Deputy Attorneys General, on the response for respondent/plaintiff-appellee.

FOR THE COURT:

/s/ Mark E. Recktenwald

Chief Justice



---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.